UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. 4:15-CR-15-2 |
| | § § | |
| RICHARD ARTHUR EVANS | § | |

## JURY NOTE NUMBER 3

Your honor, the verdict form is asking the jury for a verdict pertaining to counts 12, 13, 14, & 15. There are no refrences to these counts in "The instructions to the Jury". However, the signed indictment includes them. Are there certain criteria/burden of proof issues that have to be met?

DATE: 7-26-2016         FOREPERSON: _____

*********************************************************

The Court misstated the Counts concerning mail fraud. Page 17 of the Charge should read " In Counts 8 Through 15..." Please deliberate accordingly.

DATE: 7/26/16

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

> JURY NOTES SHOULD BE USED IN NUMERICAL ORDER
>
> JURY NOTES ARE A PERMANENT PART OF THE RECORD
>
> JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT AT THE CONCLUSION OF DELIBERATIONS


