# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:15-CR-00015 |
| | § | |
| RICHARD ARTHUR EVANS, MD | § | |

_____

### RICHARD ARTHUR EVANS REQUEST FOR FORFEITURE HEARING

TO THE HONORABLE KENNETH HOYT:

COMES NOW, Richard Arthur Evans, Defendant, by and through his attorneys of record, and files this Request for Forfeiture Hearing.

Dr. Evans was convicted on July 26, 2016. Sentencing is set for October 17, 2016. As the Superseding Indictment of which Dr. Evans was convicted contained a Forfeiture count, Dr. Evans requests a hearing prior to sentencing pursuant to Fed. R. Crim. P. 32.2(b)(1)(B).

Respectfully Submitted,

Hanszen Laporte LLP

By:  */s/ Charley A. Davidson*
Charley A. Davidson
State Bar No. 05430700
11767 Katy Freeway, Suite 850
Houston, Texas   77079
(713) 522-9444 Telephone
(713) 524-2580 Facsimile

ATTORNEY FOR RICHARD A. EVANS, MD

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this instrument via the USDC Southern District's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of August, 2016**.**

*/S/ Charley A. Davidson*
Charley A. Davidson