United States District Court
Southern District of Texas
**ENTERED**
September 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
United States Probation

September 14, 2016

**Louis Lopez, Chief**
U.S. Probation Officer

515 Rusk Avenue
Houston, Texas 77002
713-250-5218
Fax: 713-250-5666

The Honorable Kenneth M. Hoyt
United States District Judge
Southern District of Texas
Houston, Texas

Re: Richard Arthur Evans, M.D.
Case # CR-H-15-15-02
Status Report

Dear Judge Hoyt;

The defendant was referred to Pretrial Services following his conviction on July 26, 2016. At the conclusion of trial, his conditions were amended to add Location Monitoring and to have a Psychiatric Evaluation completed and attend any treatment if deemed appropriate by this agency.

Attached is the letter we received from Dr. Milton Altschuler, psychiatrist, who diagnosed the defendant with Bipolar in 1964. This officer spoke with Dr. Altschuler on September 14th, prior to completing this report and was informed the defendant does not display any signs of depression nor is any treatment recommended at this time.

In regards to compliance, the defendant is compliant and has made himself available to meet with our office as requested. To date, there have been no location monitoring violations to report.

This officer believes both conditions have been satisfied and removal is appropriate.

(X) The court concurs
( ) The court does not concur

_____
Kenneth M. Hoyt
United States District Judge

09.14.16
Date

Re: Richard Arthur Evans, M.D.
Case # CR-H-15-15-02

Respectfully submitted,

Gerardo Torres
Sr. U.S. Probation Officer
(713) 250-5560