Madeline D. Sitzes, J.D.
Attorney at Law
9929 Warwana Road
Houston, Texas 77080
713-827-1088
MSitzes@aol.com

United States District Court
Southern District of Texas
FILED
JAN 1 0 2017

David J. Bradley, Clerk of Court

January 9, 2017

Honorable Kenneth Hoyt
United States District Judge
Southern District of Texas
515 Rusk
Houston, Texas 77002

4:15cr15

Re: United States of America vs. Richard A. Evans, M.D.

Dear Judge Hoyt:

    I was not present at, nor did I know of, the trial against Richard "Dick" Evans, M.D. until I was requested to write a letter on his behalf due to his being an acquaintance of mine since the early 1990's when he served as a medical expert for my client's medical malpractice claim. I familiarized myself with the allegations and trial result through "www.justice.gov" - the U.S. Attorney General's web site.

    Having owned and operated a ranching business and a law office, I knew the buck stopped with me and I was responsible for the actions of my employees during the course and scope of their employment by me. Frankly, I am surprised that Dr. Evan's suspicions were not aroused by over 800 patients from Louisiana coming to his pain clinic and/or by his employees' actions and representations to him about his patients and their form of payments. It appears from the facts I read on "www.justice.gov" that Dr. Evans may have stuck his head in the ground like an Ostrich and blissfully went about trusting his employees and patients unless, of course, the crimes of which he was convicted contained a mental element requirement. Then, I find there is no "ignorance is bliss" excuse for his actions.

    My Christian faith teaches forgiveness. Our criminal system requires Dr. Evans be punished for his crimes against our society. However, if it is within your sentencing discretion to require that Dr. Evans use his surgical and general medical skills to benefit our society outside the Federal penal system, may I be so bold to suggest that you place him on ten (10) years' probation and require him to work free of any charge, for five (5) days each week for the ten (10) years, at Ben Taub Hospital by serving the poor and disadvantaged but under the strict supervision of Baylor College of Medicine and the Texas Board of Medical Examiners. I cannot help but believe that no societal benefit will come by merely shipping Dr. Evans off to "Club Fed" to play tennis and basketball for the remainder of his life.

    Thank you for your consideration of my thoughts. With best wishes, I remain

                                            Very truly yours,

                                            Madeline D. Sitzes, J.D.

cc: Ass't U. S. Atty Gen'l Cedric L. Joubert via fax 713-718-3300
    Atty Charlie Davidson via fax 713-524-2580