United States District Court
Southern District of Texas
**ENTERED**
March 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 4:15-cr-00015 |
| | § | |
| v. | § | |
| | § | |
| RICHARD ARTHUR EVANS | § | |

PRELIMINARY ORDER OF FORFEITURE

On February 13, 2017, the Court issued a Memorandum on Forfeiture, granting in part the Government's Motion for Preliminary Order of Forfeiture and ordering the forfeiture of $268,336. The United States has filed an unopposed motion requesting a preliminary order of forfeiture as to specific assets in partial satisfaction of the $268,336. The motion is hereby GRANTED. Accordingly, the Court ORDERS that:

1. The approximately $8,064.42 in United States currency seized from Defendant's office is forfeited to the United States.

2. The following money orders seized from Defendant's office are forfeited to the United States:

    a. USPS Money Order No. 50871841582

    b. USPS Money Order No. 20465702864

    c. USPS Money Order No. 20050126773

    d. USPS Money Order No. 20186816962

    e. USPS Money Order No. 20401863660

    f. USPS Money Order No. 20186816951

    g. USPS Money Order No. 20401862095

    h. USPS Money Order No. 19510661046

i.   USPS Money Order No. 19778985066

j.   USPS Money Order No. 20103333480

k.   USPS Money Order No. 20401863592

l.   USPS Money Order No. 20310712018

m.   USPS Money Order No. 20012944915

n.   USPS Money Order No. 20103344987

o.   USPS Money Order No. 18841595422

p.   USPS Money Order No. 20383031812

q.   USPS Money Order No. 20316532094

r.   USPS Money Order No. 20128617753

s.   USPS Money Order No. 20284411217

t.   USPS Money Order No. 19971139241

u.   USPS Money Order No. 20213949813

v.   USPS Money Order No. 20284411127

w.   MoneyGram Money Order No. R105041263767

x.   MoneyGram Money Order No. R204169092314

y.   MoneyGram Money Order No. R204272556532

z.   MoneyGram Money Order No. R204251030258

aa.  MoneyGram Money Order No. R104288911155

bb.  MoneyGram Money Order No. R204200173991

cc.  MoneyGram Money Order No. R204200173980

ee.  Chase Money Order No. 9069203898

ff.  Chase Money Order No. 9468505525

    gg.    National Express Money Order No. 1000006550 (replaced by a check dated May 17, 2013 and made payable to the US Marshals Service in the amount of $216.00)

    hh.    Western Union Money Order No. 14-547137460

    ii.    Western Union Money Order No. 14-575085654

    jj.    Western Union Money Order No. 47-012931183

    kk.    Western Union Money Order No. 14-457825674

    ll.    Western Union Money Order No. 14-512724475

    mm.    Western Union Money Order No. 14-500962541

3. The $61,928.78 of proceeds from the sale of rental property located in Houston, Texas, which the Government seized from Defendant's Bank of Texas account number ending in 0786, is forfeited to the United States.

4. The $50,000 of proceeds from the sale of rental property located in Houston, Texas, which Defendant placed in Wells Fargo Bank account number ending in 8244 pending the forfeiture hearing, is forfeited to the United States. Defendant shall, within 14 days of this Order, turn over the $50,000 to the United States in accordance with the payment transfer instructions provided by the United States.

5. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the specific property in an ancillary proceeding.

6. Any person, other than the Defendant, asserting a legal interest in any of the specific assets listed above may, within thirty days of the final publication of notice or receipt of

notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of his/her alleged interest in the such property pursuant to 21 U.S.C. § 853(n).

7. Following any final order of forfeiture of the specific assets described above, Defendant shall receive a credit (based upon the total value of the forfeited assets) against the $268,336.

Signed in Houston, Texas, on March 3, 2017.

KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE