United States District Court
Southern District of Texas
**ENTERED**
November 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 4:15-cr-00015 |
| | § | |
| v. | § | |
| | § | |
| RICHARD ARTHUR EVANS | § | |

### FINAL ORDER OF FORFEITURE

Pending before the Court is the Government's Motion for a Final Order of Forfeiture. Having considered the Motion, the record, and the applicable law, the Motion is hereby GRANTED, and it is ORDERED that:

1. the following properties are forfeited to the United States with all right, title and interest vesting in the United States:

    a. approximately $8,064.42 in United States currency seized from Defendant's office;

    b. $61,928.78 of proceeds from the sale of rental property located in Houston, Texas, which the Government seized from Defendant's Bank of Texas account number ending in 0786;

    c. $50,000.00 of proceeds from the sale of rental property located in Houston, Texas, which Defendant placed in Wells Fargo Bank account number ending in 8244 and which Defendant turned over to the United States via cashier's check payable to the US Treasury in March 2017;

    d. USPS Money Order No. 50871841582

    e. USPS Money Order No. 20465702864

    f. USPS Money Order No. 20050126773

    g. USPS Money Order No. 20186816962

1

h. USPS Money Order No. 20401863660

i. USPS Money Order No. 20186816951

j. USPS Money Order No. 20401862095

k. USPS Money Order No. 19510661046

l. USPS Money Order No. 19778985066

m. USPS Money Order No. 20103333480

n. USPS Money Order No. 20401863592

o. USPS Money Order No. 20310712018

p. USPS Money Order No. 20012944915

q. USPS Money Order No. 20103344987

r. USPS Money Order No. 18841595422

s. USPS Money Order No. 20383031812

t. USPS Money Order No. 20316532094

u. USPS Money Order No. 20128617753

v. USPS Money Order No. 20284411217

w. USPS Money Order No. 19971139241

x. USPS Money Order No. 20213949813

y. USPS Money Order No. 20284411127

z. MoneyGram Money Order No. R105041263767

aa. MoneyGram Money Order No. R204169092314

bb. MoneyGram Money Order No. R204272556532

cc. MoneyGram Money Order No. R204251030258

dd. MoneyGram Money Order No. R104288911155

    ee. MoneyGram Money Order No. R204200173991

    ff. MoneyGram Money Order No. R204200173980

    gg. Chase Money Order No. 9069203898

    hh. Chase Money Order No. 9468505525

    ii. National Express Money Order No. 1000006550 (replaced by a check dated May 17, 2013 and made payable to the US Marshals Service in the amount of $216.00)

    jj. Western Union Money Order No. 14-547137460

    kk. Western Union Money Order No. 14-575085654

    ll. Western Union Money Order No. 47-012931183

    mm. Western Union Money Order No. 14-457825674

    nn. Western Union Money Order No. 14-512724475

    oo. Western Union Money Order No. 14-500962541

2. all persons and entities who could assert an interest in the above-listed properties are held in default; and

3. the United States shall dispose of the forfeited properties in accordance with law.

4. Defendant shall receive a credit (based upon the total value of the forfeited assets) against the $268,336 ordered forfeited on February 13, 2017.

THIS IS A FINAL ORDER.

    It is so ORDERED.

    SIGNED on this 1st day of November, 2018.

                                               Kenneth M. Hoyt
                                             United States District Judge