United States District Court
Southern District of Texas
**ENTERED**
March 13, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:15-CR-15-2 |
| § | |
| RICHARD ARTHUR EVANS § | |

**AGREED ORDER**

Defendant Richard Arthur Evans has moved for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has considered the factors listed in 18 U.S.C. § 3553(a) to the extent they are applicable and finds that Evans has presented "extraordinary and compelling reasons" justifying a reduction of his sentence.

Thus, Evans' term of imprisonment is hereby reduced to the time he has already served. He shall be released from the custody of the Bureau of Prisons (FCI Oakdale II) as soon as possible but no later than within 48 hours of the entry of this order.[1]  Upon his release from custody, the defendant shall begin serving a three year term of supervised release previously imposed by the Court and shall contact the U.S. Probation Office in Houston (the Division where he will live) within 24 hours of his release and follow its instructions.

It is so Ordered.

SIGNED on this 13th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge

---

[1] Evans' family and counsel have indicated that they can pick him up from FCI Oakdale II within hours of notice.